**FILED**

MAY -1 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:19CR335 RWS/NCC |
| v. ) | |
| ) | |
| DINERO RUFFIN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about February 28, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

DINERO RUFFIN,

the defendant herein, did obstruct, delay, and affect commerce and the movement of any article and commodity in commerce, and attempt to do so, by robbery of So Basic, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT 2

The Grand Jury charges:

On or about February 28, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

DINERO RUFFIN,

the defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstructing, delaying, and affecting commerce by robbery, and attempting to do so, as charged in Count 1 herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3

The Grand Jury charges:

On or about March 10, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

DINERO RUFFIN,

the defendant herein, did obstruct, delay, and affect commerce and the movement of any article and commodity in commerce, and attempt to do so, by robbery of a Subway restaurant, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 4

The Grand Jury charges:

On or about March 10, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

DINERO RUFFIN,

2

the defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstructing, delaying, and affecting commerce by robbery, and attempting to do so, as charged in Count 3 herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 5

The Grand Jury charges:

On or about March 19, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

### DINERO RUFFIN,

the defendant herein, did obstruct, delay, and affect commerce and the movement of any article and commodity in commerce, and attempt to do so, by robbery of Boost Mobile, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 6

The Grand Jury charges:

On or about March 19, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

### DINERO RUFFIN,

the defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstructing, delaying, and affecting commerce by robbery, and attempting to do so, as charged in Count 5 herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 7

The Grand Jury charges:

On or about March 27, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

### DINERO RUFFIN,

the defendant herein, did obstruct, delay, and affect commerce and the movement of any article and commodity in commerce, and attempt to do so, by robbery of a T-Mobile store, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 8

The Grand Jury charges:

On or about March 27, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

### DINERO RUFFIN,

the defendant herein, knowingly possessed and discharged a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstructing, delaying, and affecting commerce by robbery, and attempting to do so, as charged in Count 7 herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 9

The Grand Jury charges:

On or about April 2, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri,

**DINERO RUFFIN,**

the defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
STEVEN A. MUCHNICK
Assistant United States Attorney

5